

# Missouri Court of Appeals
## Southern District

**MAY 26, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33530

      Re:    In Re the Adoption of
            A.C.W. and L.G.W.,
            R.C.W., Natural Father,
            Appellant,
            v.
            B.H.C. and J.D.C.,
            Petitioners-Respondents,
            and
            DEPARTMENT OF SOCIAL
            SERVICES, CHILDREN'S DIVISION,
            Respondents-Respondents,
            and
            JASPER COUNTY JUVENILE
            OFFICE,
            Respondents-Respondents.